# Return

| Case No.:<br>3:23MJ 812 (SDV) | Date and time warrant executed:<br>09/19/2023 @ 1117 hours | Copy of warrant and inventory left with:<br>On Premises |
|---|---|---|
| Inventory made in the presence of: | SA Cullen, TFO Smith | |

Inventory of the property taken and name(s) of any person(s) seized:

| | |
|---|---|
| 13 | Purses |
| 1 | Alpha handkey |
| 2 | 2 journals |
| 1 | SS Card |
| 1 | Black backpack |
| 2 | Rayban sunglasses |
| 1 | Glass break tool |
| 4 | Car keys |
| 1 | Vietnamese currency note |
| 3 | Smartwatches |
| 9 | Cell Phones |
| 3 | Laptops |
| 1 | iPad |
| 2 | Apple Air Tags |
| 1 | "Titan Security Key" device |
| 7 | Media storage devices |
| 2 | Sim cards |

Personal and business checks
Bandana
Gloves
Gift cards
Misc documents
Multiple identity documents

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/21/2023

BRENDAN J CULLEN
Digitally signed by BRENDAN J CULLEN
Date: 2023.09.21 18:43:28 -04'00'

*Executing officer's signature*

Brendan Cullen SA
*Printed name and title*